Neal E. Costanzo (SBN 122352)
Hargrove & Costanzo
A Professional Corporation
575 E. Locust Ave., Ste. 115
Fresno, California 93720
ph: (559) 261-0163
fx. (559) 261-0706

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX RAMIREZ, | CIV. S-06-0814 FCD KJM |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| SEARS ROEBUCK AND CO., | |
| Defendant. | |

This hereby stipulated by and between the parties to this action through their designated counsel that the above action shall be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: March 19, 2007

/s/ Neal Costanzo
NEAL E. COSTANZO

DATED: March 19 2007        /s/ Erica Hermatz Kelly
ERICA HERMATZ KELLEY

**ORDER OF DISMISSAL**

GOOD CAUSE APPEARING AND UPON STIPULATION OF THE PARTIES the above entitled action is ordered dismissed with prejudice, each party to bear their own costs and attorneys fees.

DATED: April 3, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE